UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20604-ALTONAGA(s)

UNITED STATES OF AMERICA

vs.

LUIS EDUARDO CARVAJAL PEREZ,
        a/k/a "Rambo,"
        a/k/a "Gustavo Gonzalez-Sanchez,"

        Defendant.
_____/

## FACTUAL PROFFER

Defendant, LUIS EDUARDO CARVAJAL PEREZ (hereinafter referred to as "Defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts pertaining to Counts 1, 2, 3, and 4 of the Indictment, which charges the Defendant with violations of Title 46, United States Code, Section 70503(a) and Title 21 United States Code, Section 960(b)(1)(B) (Count 1); Title 21 United States Code, Sections 959 and 963 (Count 2); and Title 18 United States Code, Section 1512(c)(2) Counts 3 and 4.

1. From December 2016 and continuing through April 2017, the defendant, LUIS EDUARDO CARVAJAL PEREZ, along with others, facilitated and organized the transportation of multiple hundred-kilogram loads of cocaine through the Tumaco region of Colombia, a region which the defendant was tasked with controlling as a member of an armed Colombian rebel group.

2. The defendant was involved in taxation of logistical preparations of maritime shipments from Colombia to countries in Central America.

3. The defendant and his co-conspirators delivered the cocaine to other organizations in Central America for importation into the United States, with the defendant and his co-defendants being responsible for the shipment or attempted shipment of thousands of kilograms of cocaine.

4. The defendant also acknowledges that he attempted to have the names of co-conspirators placed on a list of demobilizing members of the armed Colombian rebel group of which he was a part in order to shield those individuals from extradition to the United States. The defendant engaged in this activity to obstruct and impede the federal criminal prosecution of Polivio Milton Rosero Mera, Luis Andrew Jilon Romo, and Edison Washington Prado Alava.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11/29/22.    By: _____
MICHELE S. VIGILANCE
ASSISTANT UNITED STATES ATTORNEY

Date: 11/29/22    By: _____
TODD YODER
ATTORNEY FOR THE DEFENDANT

Date: 11-29-22    By: _____
LUIS EDUARDO CARVAJAL PEREZ
DEFENDANT

2