UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LUIS EDUARDO CARVAJAL PEREZ**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on December 2, 2022 [ECF No. 250]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 250]** is **AFFIRMED AND ADOPTED**, and Defendant, Luis Eduardo Carvajal Perez's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Melissa Damian